UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
|     Plaintiff,    ) | |
| ) | |
| v.    ) | Case No. 96-cr-40083-JPG |
| ) | |
| KEVIN CROCKETT,    ) | |
| ) | |
|     Defendant.    ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant Kevin Crockett's *pro se* Request for Hearing (Doc. 64) on post-judgment execution. As explained in the Court's Memorandum and Order (Doc. 67) of September 1, 2010, Crockett opposes the Government's Application for Writ of Execution (Doc. 62), wherein the Government seeks to collect on certain unclaimed monetary property in order to partially satisfy the outstanding judgment entered in this case. Crockett requests a hearing on whether such property is exempt from collection.

Despite the Court's explicit warning in its most recent order, Crockett failed to submit a copy of any child support order against him and a brief history of any payment thereon by September 17, 2010. Therefore, he has not sufficiently demonstrated that the claimed exemption applies to the property at issue. Being fully advised of the premises, the Court **DENIES** Crockett's Request for Hearing (Doc. 64). The Government may continue with its attempted forfeiture of the sought property.

**IT IS SO ORDERED.**
**Dated: September 22, 2010**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**